UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80692-CV-MIDDLEBROOKS

SYDNEE GOTTLIEB, individually and
on behalf of all others similarly situated,

      Plaintiff,

v.

PRO CUSTOM SOLAR, LLC,
D/B/A MOMENTUM SOLAR,

      Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiff's Notice of Dismissal with Prejudice, filed on July 22, 2019. (DE 13). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

· **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23 day of July, 2019.

                                                DONALD M. MIDDLEBROOKS
                                                UNITED STATES DISTRICT JUDGE

Copies to:      Counsel of Record